# Court of Appeals
# of the State of Georgia

ATLANTA,  January 04, 2013

*The Court of Appeals hereby passes the following order:*

**A13A0609.   ADAM L. PROUX v. THE GEORGIA DEPARTMENT OF HUMAN RESOURCES, et al.**

Pursuant to OCGA § 9-11-12 et seq., the Georgia Department of Human Resources determined that Adam L. Proux's child support obligations should be increased.  Accordingly, the Department filed a Petition to Adopt Agency Recommendation, asking the superior court to impose the increased obligation.  The court issued a "default order" adopting the agency's recommendation and noting that Proux had failed to appear in response to the Department's petition.  Proux moved to set aside and/or vacate the default.  The trial court denied that motion, and Proux filed this direct appeal.

The superior court's order, however, is not subject to direct appeal because this is a domestic relations case within the meaning of OCGA § 5-6-35 (a) (2). *Fitzgerald v. Dep't of Human Res.*, 231 Ga. App. 129 (497 SE2d 659) (1998).  Accordingly, it is subject to discretionary, rather than direct, appeal.  See *Rebich v. Miles*, 264 Ga. 467, 469 (448 SE2d 192) (1994) (the underlying subject matter generally controls over the relief sought in determining the proper procedure to follow on appeal).  Because Proux failed to follow the proper appellate procedure, this appeal is hereby DISMISSED for lack of jurisdiction. See *Fitzgerald*, supra.



*Court of Appeals of the State of Georgia*
       *Clerk's Office, Atlanta,* 01/04/2013
       *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
       *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*